ADRIENNE C. PUBLICOVER (SBN 161432)
SHIVANI NANDA (SBN 253891)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Tel:   (415) 433-0990
Fax:   (415) 434-1370
Email: Adrienne.Publicover@wilsonelser.com
       Shivani.Nanda@wilsonelser.com

Attorneys for Plaintiff in Interpleader
FIDELITY AND GUARANTEE LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION – BAKERSFIELD COURT

| | |
|---|---|
| FIDELITY AND GUARANTEE LIFE INSURANCE COMPANY, a Maryland Corporation,<br><br>Plaintiff,<br><br>v.<br><br>EDUARDO CANUL; GREGORIO CALSO; GEORGINA FRANCISCO; EDUARDO CANUL, JR.; ESTATE OF JUANITA FRANCISCO ALVARADO, deceased; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 11-CV-01378 AWI-JLT<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>(Doc. 14) |

**IT IS HEREBY STIPULATED**, pursuant to Local Rule 144, by and between Plaintiff in Interpleader, Fidelity and Guarantee Life Insurance Company, and Defendants Gregorio Calso, Georgina Francisco, and Eduardo Canul, Jr. (collectively referred to as "Defendants"), through their attorneys of record, as follows:

1. The parties have agreed that Defendants' response to Plaintiff's complaint shall be due on or before October 26, 2011; and

2. The stipulated date for defendants to respond to the complaint will not alter the

- 1 -
**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**
CASE NO. 11-CV-01378 AWI-JLT
758172.1

1  date of any event or any deadline already fixed by Court order.

3  Dated: October 18, 2011					WILSON, ELSER, MOSKOWITZ,
4  								EDELMAN & DICKER LLP

6  							By_____/s/ Shivani Nanda_____
							     ADRIENNE C. PUBLICOVER
7  							     SHIVANI NANDA
							     Attorneys for Plaintiff in Interpleader
8  							     FIDELITY AND GUARANTEE LIFE INSURANCE
							     COMPANY

10 Dated: October 18, 2011					LAW OFFICE OF PETER W. BECKMAN

12 							By_____/s/ Peter W. Beckman (as authorized on 10/18/2011)
							     PETER W. BECKMAN
13 							     Attorney for Defendants GREGORIO CALSO,
							     GEORGINA FRANCISCO,
14 							     and EDUARDO CANUL, JR.

16 IT IS SO ORDERED.

18     Dated:   **October 20, 2011**				     **/s/ Jennifer L. Thurston**
							UNITED STATES MAGISTRATE JUDGE

-- 2 --
**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**
CASE NO. 11-cv-01378-AWI-JLT
758172.1