1   ADRIENNE C. PUBLICOVER (SBN 161432)
    SHIVANI NANDA (SBN 253891)
2   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
    525 Market Street, 17th Floor
3   San Francisco, California  94105
    Tel:    (415) 433-0990
4   Fax:    (415) 434-1370
    Email: Adrienne.Publicover@wilsonelser.com
5           Shivani.Nanda@wilsonelser.com

6   Attorneys for Plaintiff in Interpleader
    FIDELITY AND GUARANTEE LIFE INSURANCE COMPANY
7

8

9                    UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11             FRESNO DIVISION – BAKERSFIELD COURT

12

13  FIDELITY AND GUARANTEE LIFE          Case No.:  11-CV-01378 AWI-JLT
    INSURANCE COMPANY, a Maryland
14  Corporation,                         **ORDER GRANTING STIPULATION TO
                                         EXTEND TIME TO RESPOND TO
15               Plaintiff,              INITIAL COMPLAINT**

16        v.
                                         (Doc. 14)
17  EDUARDO CANUL; GREGORIO CALSO;
    GEORGINA FRANCISCO; EDUARDO
18  CANUL, JR.; ESTATE OF JUANITA
    FRANCISCO ALVARADO, deceased; and
19  DOES 1-10, inclusive,

20               Defendants.

21

22        **IT IS HEREBY STIPULATED**, pursuant to Local Rule 144, by and between Plaintiff

23  in Interpleader, Fidelity and Guarantee Life Insurance Company, and Defendants Gregorio

24  Calso, Georgina Francisco, and Eduardo Canul, Jr. (collectively referred to as "Defendants"),

25  through their attorneys of record, as follows:

26        1.     The parties have agreed that Defendants' response to Plaintiff's complaint shall

27  be due on or before October 26, 2011; and

28        2.     The stipulated date for defendants to respond to the complaint will not alter the

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
CASE NO. 11-CV-01378 AWI-JLT
758172.1

1   date of any event or any deadline already fixed by Court order.

2

3   Dated:  October 18, 2011                    WILSON, ELSER, MOSKOWITZ,
                                                        EDELMAN & DICKER LLP
4

5
                                                By____/s/ Shivani Nanda_____
6                                                   ADRIENNE C. PUBLICOVER
                                                    SHIVANI NANDA
7                                                   Attorneys for Plaintiff in Interpleader
                                                    FIDELITY AND GUARANTEE LIFE INSURANCE
8                                                   COMPANY

9

10  Dated:  October 18, 2011                    LAW OFFICE OF PETER W. BECKMAN

11

12                                              By____/s/ Peter W. Beckman (as authorized on 10/18/2011)
                                                    PETER W. BECKMAN
13                                                  Attorney for Defendants GREGORIO CALSO,
                                                    GEORGINA FRANCISCO,
14                                                  and EDUARDO CANUL, JR.

15

16  IT IS SO ORDERED.

17
        Dated:   **October 20, 2011**               **/s/ Jennifer L. Thurston**
18                                                  UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

-- 2 --
**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**
CASE NO. 11-cv-01378-AWI-JLT
758172.1