IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDELITY AND GUARANTEE LIFE INSURANCE COMPANY,<br><br>            Plaintiff,<br>   v.<br>EDUARDO CANUL, et al.,<br><br>            Defendants. | Case No. 1:11-cv-01378 AWI JLT<br><br>ORDER GRANTING STIPULATION TO CONTINUE SCHEDULING CONFERENCE<br><br>(Doc. 21) |

       This interpleader action arises out of an insurance policy issued by Plaintiff on the life of Juanita Francisco Alvarado. (Doc. 1 at 1) The insurance policy named Edward Canul as the sole beneficiary, though the estate of Juanita Francisco Alvarado is the default beneficiary. Id. at 2-3. Plaintiff is informed and believes that Alvarado died on November 23, 2010 as a result of a homicide and has been advised by the Kern County Sheriff's Department that Edward Canul is the prime suspect in the killing. Id. at 3.

       Named in this current litigation is Eduardo Canul, decedent's husband, the decedent's children, Georgina Francisco, Eduardo Canul Jr., Gregorio Calso as well as the decedent's estate. (Doc. 1 at 2-3) Plaintiff alleges that, in the event that Eduardo Canul is precluded from benefitting from the decedent's death, that the decedent's children and her estate, will be claimants on the insurance proceeds. Id. All Defendants, except Eduardo Canul, have answered the complaint. (Doc. 17) Due to his failure to respond to the complaint, on November 10, 2011,

Plaintiff sought an entry of default against Eduard Canul which was granted by the Clerk of the Court on November 15, 2011. (Docs. 19, 20)

The matter is set for a scheduling conference on December 1, 2011.  (Doc. 3) However, on November 29, 2011, counsel submitted a stipulation to continue the conference to allow Plaintiff to seek default judgment against Eduardo Canul and to allow Defendants to initiate a probate proceeding to establish an estate for the decedent.[1]  (Doc. 21 at 2)

Therefore, good cause appearing, the Court **ORDERS**:

1. The scheduling conference set on December 1, 2011, is continued to January 5, 2012 at 10:00 a.m.;
2. Within 21 days, Plaintiff SHALL file its motion for default judgment against Eduardo Canul;
3. If not already initiated, within 30 days Defendants SHALL initiate a probate proceeding to establish an estate for the decedent.

IT IS SO ORDERED.

Dated:   **November 30, 2011**                              /s/ Jennifer L. Thurston
                                                          UNITED STATES MAGISTRATE JUDGE

---

[1] Though the stipulation indicates that the probate proceeding has been initiated, the Court was unable to locate this probate matter on the Kern County Superior Court's docket.