IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDELITY AND GUARANTY LIFE INSURANCE COMPANY, a Maryland Corporation,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>EDUARDO CANUL, et al.,<br><br>　　　　　　Defendants. | Case No.: 1:11-cv-01378 AWI JLT<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT EDUARDO CANUL<br><br>(Doc. 27) |

　　　　Plaintiff Fidelity and Guaranty Life Insurance Company, formerly known as OM Financial Life Insurance Company, seeks the entry of default judgment against defendant Eduardo Canul, who has not appeared in the action. (Doc. 23).

　　　　On January 24, 2012, the Magistrate Judge found the factors set forth by the Ninth Circuit in *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986), weighed in favor of default judgment, and the Magistrate Judge issued Findings and Recommendations that Plaintiff's motion be granted. (Doc. 27). The Findings and Recommendations were served on all parties, and contained a notice that any objections were to be filed within fourteen days of service, or by February 7, 2012. (Id. at 6). The parties were advised failure to file objections may waive the right to appeal the District Court's order. (Id). However, no party has filed objections to the Findings and Recommendations of the Magistrate Judge.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court finds that the findings and recommendation are supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Findings and Recommendations filed January 24, 2012 (Doc. 27), are **ADOPTED IN FULL**;
2. Default judgment is entered against defendant Eduardo Canul with Plaintiff as the prevailing party;
3. Eduardo Canul is permanently enjoined from instituting or prosecuting any proceeding in any State or United States Court against Plaintiff with respect to life insurance policy number L0569662;
4. Plaintiff is discharged from all liability to Eduardo Canul in this action or under life insurance policy number L0569662; and
5. Plaintiff's request for costs in the amount of $599 is **GRANTED**.

IT IS SO ORDERED.

Dated:   February 10, 2012

CHIEF UNITED STATES DISTRICT JUDGE

2