UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDELITY AND GUARANTY LIFE INSURANCE COMPANY, a Maryland Corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>EDUARDO CANUL, et al.,<br>          Defendants. | Case No.: 1:11-cv-01378 AWI JLT<br><br>ORDER AFTER STATUS CONFERENCE |

On June 21, 2013, the Court held a status conference in this case. (Doc. 42) In advance of the hearing, the parties filed a joint statement indicating that the Estate of Juanita Canul had been established and it was ready to accept the interplead funds. (Doc. 44) Notably, also, the Estate filed an answer and is the only claimant of the funds. (Doc. 43) The parties reported they intend to attempt to resolve the case, related to judgment, disbursement of the funds and the issue of attorney's fees and costs via stipulation. Therefore, the Court **ORDERS**:

1. **No later than July 19, 2013**, Plaintiff's counsel **SHALL** provide (via e-mail or facsimile) to counsel for the trustee of the Estate the proposed stipulation which seeks entry of judgment, disbursement of the interplead funds and an award of attorney's fees and costs;

2. **No later than August 2, 2013**, counsel for the trustee for the Estate **SHALL** notify Plaintiff whether the stipulation is acceptable and, if it is, provide an executed copy of the stipulation

1

to Plaintiff's counsel for immediate filing;

    3.    In the event the parties do not agree on the award of attorney's fees and costs, **no later than August 2, 2013**, they **SHALL** file the stipulation regarding entry of judgment.  Thereafter**, no later than August 16, 2013**, Plaintiff **SHALL** file its motion for attorney's fees and costs, if it wishes.

**Failure to comply with this order may be grounds for the imposition of sanctions on counsel or the parties who contributed to violation of this order.  See Local Rules 110, 160.**

IT IS SO ORDERED.

    Dated:   **June 21, 2013**               **/s/ Jennifer L. Thurston**
                                               UNITED STATES MAGISTRATE JUDGE