1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

9

10

11

12

13

14

15

16

17

18

FIDELITY AND GUARANTY LIFE
INSURANCE COMPANY, a Maryland
Corporation,

               Plaintiff,

           v.

EDUARDO CANUL; GREGORIO CALSO;
GEORGINA FRANCISCO; EDUARDO
CANUL, JR.; ESTATE OF JUANITA
FRANCISCO ALVARADO, deceased; and
DOES 1-10, inclusive,

               Defendants.

Case No.:  1:11-CV-01378 AWI-JLT

**[~~PROPOSED~~] ORDER GRANTING
DISCHARGE OF FIDELITY AND
GUARANTY LIFE INSURANCE
COMPANY AND DISMISSAL OF THE
ENTIRE ACTION**

19

20

21

22

23

24

25

26

27

28

      Having reviewed the Stipulation for Discharge of Fidelity and Guaranty Life and

Insurance Company and Dismissal of the Entire Action filed jointly in this matter by Plaintiff-in-

Interpleader Fidelity and Guaranty Life Insurance Company ("Fidelity"), formerly known as OM

Financial Life Insurance Company ("OM Financial"), and Defendants-in-Interpleader Gregorio

Calso, Georgina Francisco (aka Georgina Canul), Eduardo Canul, Jr., and the Estate of Juanita

Francisco Alvarado, and based on the representations of the Parties in that Stipulation, it is

hereby Ordered that the entire action is dismissed with prejudice.

      Pursuant to the Parties' Stipulation, this Court further Orders that:

      1.      Gregorio Calso, Georgina Francisco (aka Georgina Canul), Eduardo Canul, Jr.,

**[Prop] Order Granting Discharge and Dismissing Entire Action**
Case No. 11-cv-1378 AWI-JLT

1058525.1

and the Estate of Juanita Francisco Alvarado, as well as their respective agents, attorneys, heirs and assigns, are individually and collectively permanently enjoined from instituting any suit at law or equity, or action or proceeding of any kind whatsoever, against Fidelity (including its agents, attorneys, assigns, employees, representatives, predecessors, successors, parents, subsidiaries, and affiliated companies) with respect to Policy No. L0569662 ("the Policy") (including all riders to the Policy) and the Policy proceeds;

2.      Gregorio Calso, Georgina Francisco (aka Georgina Canul), Eduardo Canul, Jr., and the Estate of Juanita Francisco Alvarado shall bear their own costs and attorneys' fees, if any, incurred in connection with this Action;

3.      Fidelity, as well as its agents, attorneys, assigns, employees, representatives, predecessors, successors, parents, subsidiaries, and affiliated companies, are discharged of all liability to Gregorio Calso, Georgina Francisco (aka Georgina Canul), Eduardo Canul, Jr., and the Estate of Juanita Francisco Alvarado under the Policy, including any liability with respect to the Policy proceeds and any riders to the Policy;

4.      Fidelity shall be paid $16,300.00 from the Policy proceeds currently on deposit with this Court.  The check shall be made payable to "Fidelity and Guaranty Life Insurance Company" and sent in c/o Donald P. Sullivan, Esq., Wilson Elser LLP, 525 Market Street, 17th Floor, San Francisco, California 94105, and the funds on deposit with this Court remaining after payment to Fidelity of its costs and fees shall be paid to Gregorio Calso, as the Administrator of the Estate of Juanita Francisco, deceased, and sent to him c/o Peter W. Beckman, Esq., 1400 Chester Avenue, Suite F, Bakersfield, CA 93301.

IT IS SO ORDERED.

Dated:   August 23, 2013      _____

SENIOR  DISTRICT  JUDGE

-- 2 --

**[Prop] Order Granting Discharge and Dismissing Entire Action**
Case No. 11-cv-1378 AWI-JLT

1058525.1